# STATE OF LOUISIANA

## COURT OF APPEAL, THIRD CIRCUIT

### 12-604


**STATE OF LOUISIANA**

**VERSUS**

**JASON ALFRED**

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. 82220FB
HONORABLE THOMAS F. FUSELIER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**MARC T. AMY**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Marc T. Amy, James T. Genovese, and Shannon J. Gremillion, Judges.

**APPEAL DISMISSED. THE DEFENDANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS OF THE DATE OF THIS OPINION.**

**Hon. Trent Brignac**
**District Attorney - 13th JDC**
**P.O. Box 780**
**Ville Platte, LA 70586**
**(337) 363-3438**
**COUNSEL FOR APPELLEE:**
      State of Louisiana

**Jason Alfred, Pro Se**
**P.P.C.C. Bayou D 407U**
**P.O. Box 650**
**Pine Prairie, LA 70576**

**Amy, Judge.**

On June 21, 2010, the Defendant, Jason Alfred, pled guilty to indecent behavior with juveniles and threatening a public official. He was sentenced on September 8, 2010, to seven years at hard labor for indecent behavior with juveniles and to six months in parish jail for threatening a public official. The sentences were to be served concurrently.

The Defendant filed an application for post-conviction relief on November 16, 2011. The application was denied at a hearing held on March 15, 2012.

In March of 2012, the Defendant filed a "Motion and Order for Appeal, Destination [sic] of Record, and Appointment of Appellate Counsel." An appeal was lodged with this court on May 23, 2012. On May 29, 2012, this court issued an order requiring the Defendant to specify the judgment sought to be reviewed on appeal. The Defendant responded, indicating he sought to appeal the denial of his application for post-conviction relief. Thereafter, this court issued an order requiring the Defendant to show cause why his appeal should not be dismissed, as the judgment at issue is not appealable. The Defendant responded but did not allege that the denial of an application for post-conviction relief is an appealable judgment.

The judgment at issue is not appealable. *See* La.Code Crim.P. art. 930.6. Accordingly, we hereby dismiss the Defendant's appeal. The Defendant may seek supervisory writs within thirty (30) days of the date of this decision. The Defendant is not required to file a notice of intent to seek writs, nor must he obtain an order from the trial court setting a return date, as is generally required by Uniform Rules—Courts of Appeal, Rule 4-3. We construe the motion for appeal as a timely-filed notice of intent to seek a supervisory writ.

**APPEAL DISMISSED. THE DEFENDANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS OF THE DATE OF THIS OPINION.**

2